

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Lamisa Lashun Allison, Appellant

No. 06-23-00153-CR      v.

The State of Texas, Appellee

Appeal from the 123rd District Court of Panola County, Texas (Tr. Ct. No. 2015-C-0285). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect that the terms of Allison's plea bargain was "(5) Five Years of Deferred Adjudication Community Supervision" instead of five years' imprisonment. As modified, we affirm the judgment of the trial court.

We note that the appellant, Lamisa Lashun Allison, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 29, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk